UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:19-CR-19 DRL-SLC |
| JUSTIN B. NELSON, | |
| Defendant. | |

OPINION AND ORDER

Defendant Justin Nelson has pleaded guilty to a single count of possession with intent to distribute fifty grams or more of methamphetamine in violation of 21 U.S.C. § 841(a)(1). ECF 33. The Magistrate Judge has recommended to the court that we accept Mr. Nelson's guilty plea. ECF 37. Neither party objected to the Magistrate Judge's recommendation.

Federal Rule of Criminal Procedure 11 governs the requirements of a valid guilty plea. *United States v. Dyer*, 892 F.3d 910, 914 (7th Cir. 2018). The rule requires that a defendant both (1) give the plea voluntarily, and (2) understand the nature of the charges against him. *Id.* Because the court finds that Mr. Nelson voluntarily made the plea and understood the nature of the charges against him, the court ADOPTS the recommendation of the Magistrate Judge and finds Mr. Nelson GUILTY of one count of possession with intent to distribute fifty grams or more of methamphetamine in violation of 21 U.S.C. § 841(a)(1).

Sentencing is scheduled for **December 16, 2019, at 11:00 a.m. in Fort Wayne**. Sentencing memoranda must be filed by **December 6, 2019**.

SO ORDERED.

September 12, 2019

*s/ Damon R. Leichty*
Judge, United States District Court